IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAY 19 PM 4:01

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:25CR216 |
| Plaintiff, | SUPERSEDING INDICTMENT |
| vs. | 18 U.S.C. §§ 1344 & 1349 |
| JOSE MANUEL MORALES, | 18 U.S.C. §§ 1344(2) & 2 |
| Defendant. | 18 U.S.C. §§ 1708 & 2 |

The Grand Jury charges that

**INTRODUCTION**

At all times material herein:

1. Pinnacle Bank is a financial institution headquartered in Omaha, Nebraska, and is insured by the Federal Deposit Insurance Corporation ("FDIC").

2. Tinker Federal Credit Union is a financial institution headquartered in Oklahoma City, Oklahoma, and is insured by the National Credit Union Administration ("NCUA").

3. Regions Bank is a financial institution headquartered in Birmingham, Alabama, and is insured by the FDIC.

4. Westside State Bank is a financial institution headquartered in Westside, Iowa, and is insured by the FDIC.

5. West Gate Bank is a financial institution headquartered in Lincoln, Nebraska, and is insured by the FDIC.

6. Great Western Bank is a financial institution headquartered in Sioux Falls, South Dakota, and is insured by the FDIC.

1

7.      U.S. Bank is a financial institution headquartered in Minneapolis, Minnesota, and is insured by the FDIC.

8.      Victim 1 and Victim 2, whose names are known to the Grand Jury, maintained a legitimate bank account at Pinnacle Bank, with the account number ending in -10.

9.      Victim 3, whose name is known to the Grand Jury, maintained a legitimate bank account at Westside State Bank, with the account number ending in -51.

10.     Victim 4, which is a living trust, whose identity is known to the Grand Jury, maintained a legitimate bank account at Regions Bank, with the account number ending in -90.

11.     Victim 5, whose name is known to the Grand Jury, maintained a Citibank credit card with account number ending in -60.

12.     Victim 6 and Victim 7, whose names are known to the Grand Jury, maintained a legitimate bank account at West Gate Bank, with the account number ending in -40.

13.     Victim 9 and Victim 10, whose names are known to the Grand jury, maintained a legitimate bank account at U.S. Bank, with the account number ending in -44.

14.     Victim 11, a business located in Omaha, Nebraska, whose identity is known to the Grand Jury, maintained a legitimate bank account at Great Western Bank.

## COUNT ONE
### (Conspiracy to Commit Bank Fraud)

15.     The allegations in paragraphs 1 through 14 of this Indictment are re-alleged and fully incorporated herein by reference.

### THE CONSPIRACY

16.     Beginning on a date unknown, but not later than about September 2022, and continuing until a date unknown, but not earlier than about October 2023, in the District of Nebraska and elsewhere, defendant JOSE MANUEL MORALES, and other individuals known and unknown to the Grand Jury, knowingly combined, conspired, and agreed with each other to

2

execute a scheme and artifice to defraud and obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of various financial institutions by materially false and fraudulent pretenses, representations, and promises.

## PURPOSE OF THE CONSPIRACY

17.    The purpose of the conspiracy was for defendant JOSE MANUEL MORALES and his co-conspirators to enrich themselves by stealing and obtaining stolen mail, altering and forging checks obtained from the stolen mail, cashing the stolen checks and cashing the altered and forged checks, and fraudulently using personal identifying information obtained from the stolen mail.

## MANNER AND MEANS OF THE CONSPIRACY

18.    Defendant JOSE MANUEL MORALES and his co-conspirators' conspiracy to enrich themselves by stealing and obtaining stolen mail, altering and forging checks obtained from the stolen mail, cashing the stolen checks and cashing the altered and forged checks, and fraudulently using personal identifying information obtained from the stolen mail included the following manner and means:

a.    It was part of the conspiracy that defendant JOSE MANUEL MORALES and others stole mail from mailboxes in the District of Nebraska. Defendant JOSE MANUEL MORALES and others searched the stolen mail for checks and personal identifying information.

b.    It was part of the conspiracy that after acquiring a stolen check from the mail, conspirators would forward the check to co-conspirators for the purpose of altering the check, including the original payee and amount of the check and payee, which would be replaced with names and identities of individuals whose banking account information the conspirators possessed. After altering the check, conspirators would cash the fraudulent check into financial accounts that they controlled.

3

c.       It was part of the conspiracy that defendant JOSE MANUEL MORALES provided stolen checks to CO-CONSPIRATOR-1. After acquiring stolen checks, the co-conspirator would forward the check to a different conspirator for the purpose of altering the check, including the original payee and amount of the check and payee, which would be replaced with the names and identities of individuals whose banking account information the conspirators possessed. The conspirators would pass the fraudulent checks which had been altered.

d.       As part of the conspiracy, on or about May 23, 2023, defendant JOSE MANUEL MORALES sent via Telegram a message to CO-CONSPIRATOR-1 advising that he would like to purchase checks and could mobile deposit them into his own account, which he described as, "a little one that's in Okc." Defendant JOSE MANUEL MORALES then sent via Telegram to CO-CONSPIRATOR-1 an audio clip stating how he had deposited mobile checks into his account in the past.

e.       As part of the conspiracy, on or about May 29, 2023, defendant JOSE MANUEL MORALES sent via Telegram to CO-CONSPIRATOR-1, an image of a stolen check, drawn on the West Gate Bank account of Victim 6 and Victim 7, account number ending in -40, bearing check number 1172, and made payable to Victim 8, in the amount of $20, dated May 19, 2023, with the memo stating, "happy graduation."

f.       As part of the conspiracy, on or about May 29, 2023, defendant JOSE MANUEL MORALES sent via Telegram to CO-CONSPIRATOR-1, an image of a stolen check, number 3364, drawn on the U.S. Bank account of Victim 9 and Victim 10, account ending in -44, in the amount of $13,498.63, dated May 3, 2023.

g.       As part of the conspiracy, on or about May 31, 2023, CO-CONSPIRATOR-1 sent defendant JOSE MANUEL MORALES via Telegram, an image of a check drawn

4

on the account of Victim 11 with the payee written as, "Spencer Reeves," in the amount of $14,500.

h.      As part of the conspiracy, on or about June 12, 2023, defendant JOSE MANUEL MORALES and another individual traveled in a Ford Fusion bearing Nebraska license plate YAU 595 to a cluster of mailboxes in the area of 16509 South 57th Street, Papillion, Nebraska. Defendant JOSE MANUEL MORALES traveled in the passenger seat. When defendant JOSE MANUEL MORALES arrived at the cluster of mailboxes, he reached out of the passenger side window of the vehicle and began stealing mail from mailboxes. Victim 9, whose mailbox is among the cluster of mailboxes, observed defendant JOSE MANUEL MORALES stealing mail from her mailbox. Victim 9 then followed defendant JOSE MANUEL MORALES and the driver as they traveled to 16612 South 57th Avenue, Papillion, Nebraska, at which time she confronted them. Defendant JOSE MANUEL MORALES then tossed several pieces of mail on the ground. Law enforcement responded, and in a nearby trash can, law enforcement located stolen mail from at least approximately 40 different residences.

i.      As part of the conspiracy, on or about August 31, 2023, CO-CONSPIRATOR-1 asked defendant JOSE MANUEL MORALES if defendant JOSE MANUEL MORALES could find someone who works for Chase Bank.

j.      As part of the conspiracy, on or about August 31, 2023, defendant JOSE MANUEL MORALES sent CO-CONSPIRATOR-1 a message via Telegram that he had checks that he would photograph and send to CO-CONSPIRATOR-1 to see if CO-CONSPIRATOR-1 could alter them.

k.      As part of the conspiracy, on or about September 30, 2023, defendant JOSE MANUEL MORALES sent CO-CONSPIRATOR-1 a message via Telegram that he had

5

two driver's licenses and asked what they could do with them. CO-CONSPIRATOR-1 responded explaining to defendant JOSE MANUEL MORALES to obtain a timeline look-up report on the names to obtain their personal identification information.

In violation of Title 18, United States Code, Sections 1344 and 1349.

## COUNT TWO
### (Bank Fraud)

19.    The allegations in paragraphs 1 through 14 of this Indictment are re-alleged and fully incorporated herein by reference.

20.    That on or about June 12, 2023, in the District of Nebraska and elsewhere, defendant JOSE MANUEL MORALES, knowingly executed and attempted to execute a scheme and artifice to obtain money and funds under the custody and control of Pinnacle Bank, a financial institution whose deposits were and are insured by the FDIC, by means of materially false and fraudulent pretenses, representations, and promises, to wit: defendant JOSE MANUEL MORALES cashed check number 1255 in the amount of $5,000, in the name of account holders, Victim 1 and Victim 2, drawn on their Pinnacle Bank account number ending in -10, and made payable to "Michael Rodgers." Check number 1255 was stolen and forged and defendant JOSE MANUEL MORALES knowingly cashed it without Victim 1's or Victim 2's authorization or knowledge.

In violation of Title 18, United States Code, Sections 1344(2) and 2.

6

## COUNT THREE
### (Bank Fraud)

21.     The allegations in paragraphs 1 through 14 and 18 of this Indictment are re-alleged and fully incorporated herein by reference.

22.     That on or about November 2, 2022, in the District of Nebraska and elsewhere, defendant JOSE MANUEL MORALES, knowingly executed and attempted to execute a scheme and artifice to obtain money and funds under the custody and control of Westside State Bank, a financial institution whose deposits were and are insured by the FDIC, by means of materially false and fraudulent pretenses, representations, and promises, to wit: defendant JOSE MANUEL MORALES cashed check number 1792 in the amount of $600, in the name of account holder, Victim 3, drawn on her Westside State Bank account number ending in -51. Check number 1792 was stolen and forged and defendant JOSE MANUEL MORALES cashed it without Victim 3's authorization or knowledge.

In violation of Title 18, United States Code, Sections 1344(2) and 2.

## COUNT FOUR
### (Bank Fraud)

23.     The allegations in paragraphs 1 through 14 and 18 of this Indictment are re-alleged and fully incorporated herein by reference.

24.     That on or about September 19, 2022, in the District of Nebraska and elsewhere, defendant JOSE MANUEL MORALES, knowingly executed and attempted to execute a scheme and artifice to obtain money and funds under the custody and control of Regions Bank, a financial institution whose deposits were and are insured by the FDIC, by means of materially false and fraudulent pretenses, representations, and promises, to wit: defendant JOSE MANUEL MORALES cashed check number 107 in the amount of $2,134.76, in the name of account holder, Victim 4, drawn on Victim 4's Regions Bank account number ending in -90, which was payable

7

to Victim 12. Check number 107 was stolen and forged and defendant JOSE MANUEL MORALES cashed it without Victim 4's authorization or knowledge.

In violation of Title 18, United States Code, Sections 1344(2) and 2.

## COUNT FIVE
### (Possession of Stolen Mail)

25.    The allegations in paragraphs 1 through 14 and 18 of this Indictment are re-alleged and fully incorporated herein by reference.

26.    On or about June 12, 2023, in the District of Nebraska, defendant JOSE MANUEL MORALES, did conceal and unlawfully have in his possession a check, drawn on the Pinnacle Bank account of Victim 1 and Victim 2, account number ending in -10, bearing check number 1255, and made payable to "Michael Rodgers," which had been stolen, taken, embezzled and abstracted from a letter box, mail receptacle, and mail route, which was an authorized depository for mail matter, knowing the said postal cards, packages, mail and articles contained therein to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter.

All in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNT SIX
### (Possession of Stolen Mail)

27.    The allegations in paragraphs 1 through 14 and 18 of this Indictment are re-alleged and fully incorporated herein by reference.

28.    On or about May 23, 2023, in the District of Nebraska, defendant JOSE MANUEL MORALES, did conceal and unlawfully have in his possession a financial transaction device, to wit: a Citibank credit card with account number ending in -60, belonging to Victim 5, which had been stolen, taken, embezzled and abstracted from a letter box, mail receptacle, and mail route, which was an authorized depository for mail matter, knowing the said postal cards, packages, mail

8

and articles contained therein to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter.

All in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNT SEVEN
### (Possession of Stolen Mail)

29.     The allegations in paragraphs 1 through 14 and 18 of this Indictment are re-alleged and fully incorporated herein by reference.

30.     On or about May 29, 2023, in the District of Nebraska, defendant JOSE MANUEL MORALES, did conceal and unlawfully have in his possession a check, drawn on the West Gate Bank account of Victim 6 and Victim 7, account number ending in -40, bearing check number 1172, and payable to Victim 8, which had been stolen, taken, embezzled and abstracted from a letter box, mail receptacle, and mail route, which was an authorized depository for mail matter, knowing the said postal cards, packages, mail and articles contained therein to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter.

All in violation of Title 18, United States Code, Sections 1708 and 2.

## COUNT EIGHT
### (Mail Theft)

31.     The allegations in paragraphs 1 through 14 and 18 of this Indictment are re-alleged and fully incorporated herein by reference.

32.     On or about June 12, 2023, in the District of Nebraska, defendant JOSE MANUEL MORALES, did steal and take mail, letters, and any articles contained therein, and attempted to do so, from authorized mail receptacles and letter boxes located at 16509 South 57th Street, Papillion, Nebraska.

All in violation of Title 18, United States Code, Sections 1708 and 2.

9

## FORFEITURE ALLEGATION

32.     The allegations contained in Counts One through Eight of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2)(A).

33.     Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1344, 1349, and 1708, as set forth in Counts One through Eight of this Superseding Indictment, defendant JOSE MANUEL MORALES, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations.

33.     If any of the property described above, as a result of any act or omission of defendant JOSE MANUEL MORALES:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

        All pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c).

10

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____
JODY BRENT MULLIS
Assistant United States Attorney

11